**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-2315**

JERRY W. MULLINS,

            Plaintiff - Appellant,

      v.

THE UNION MEMORIAL HOSPITAL, INC.,

            Defendant - Appellee,

      and

JOHNS HOPKINS HEALTH SYSTEMS CORPORATION, (JHHS); DR. JULES ALEXANDER FELEDY, JR., MD; SUBURBAN HOSPITAL HEALTHCARE SYSTEMS, INC., (SHHS); BETHESDA EMERGENCY ASSOCIATES LLC; DR. MATTHEW LEONARD, MD; MEDSTAR HEALTH, INC.; DR. RIVER ELLIOTT, MD; DR. NEIL ZIMMERMAN, MD,

            Defendants.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paula Xinis, District Judge.  (8:16-cv-01113-PX; 1:16-cv-01114-PX)

Submitted:  April 25, 2019                         Decided:  April 29, 2019

Before FLOYD and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jerry W. Mullins, Appellant Pro Se. Michelle Renae Mitchell, WHARTON, LEVIN, EHRMANTRAUT & KLEIN, P.A., Annapolis, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerry W. Mullins appeals the district court's order granting summary judgment to the Defendants in his civil action under the Emergency Medical Treatment and Active Labor Act, 42 U.S.C. § 1395dd (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Mullins v. The Union Mem'l Hosp., Inc.*, Nos. 8:16-cv-01113-PX, 1:16-cv-01114-PX (D. Md. Apr. 14, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*